No. A–190 (74–244). Booze et al. v. Florida. Application for stays of mandates of the District Court of Appeal of Florida, Second District, presented to Mr. Jus-

TICE DOUGLAS, and by him referred to the Court, denied.